**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**                                                    **NO. 3:23-CV-268-DMB-RP**

**LOUISE LEWIS**                                               **DEFENDANT**

**ORDER**

On July 24, 2023, the United States of America filed a complaint against Louise Lewis in the United States District Court for the Northern District of Mississippi seeking "to recover treble damages and civil penalties under the False Claims Act ('FCA'), … and … money for common law or equitable causes of action for payment by mistake and unjust enrichment based upon … Lewis' receipt of Paycheck Protection Program ('PPP') funds to which she was not entitled." Doc. #1 at PageID 1. Lewis was personally served with process on August 3, 2023. Doc. #3 at PageID 15. After Lewis did not respond to the complaint, the Clerk of the Court, on the government's motion, entered a default against Lewis on September 1, 2023. Docs. #4, #5. On September 22, the government moved for a default judgment against Lewis in the amount of $70,290.09, plus a $402.00 filing fee. Doc. #6 at PageID 22–23. Three days later, the Clerk of the Court entered a default judgment against Lewis "in the amount of $70,290.09 plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00." Doc. #7 at PageID 26.

On December 15, 2023, a "Joint Motion to Amend Judgment" was filed—signed by an Assistant United States Attorney and by Lewis, who is pro se—in which the parties ask the Court to "enter an amended judgment … on the terms provided in the proposed [judgment]." Doc. #8 at PageID 28. As cause, the parties represent that "[f]ollowing entry of the Default Judgment, [they]

spoke and agreed to a reduction of the judgment from $70,290.09 to $23,430.03." *Id.* at PageID 27.

Based on the parties' agreement to reduce the judgment amount and the fact that the proposed judgment is signed by both parties, the joint motion [8] is **GRANTED**. The Court will sign and enter the proposed judgment.

**SO ORDERED**, this 28th day of March, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**